**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23MC143-MOC-SCR**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE )
FROM THE FAMILY COURT NUMBER TWO )
IN TIGRE, ARGENTINA IN *CAROLINA* )
*MORENO KIERNAN V. ALFREDO ANDRÉS* )
*PRILLWITZ,* REF. NO. 1131/2022 )

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Family Court Number Two in Tigre, Argentina, in *Carolina Moreno Kiernan v. Alfredo Andrés Prillwitz*, Foreign Reference Number 1131/2022, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A. ("Wells Fargo"), for use in connection with a judicial proceeding in the Family Court Number Two in Tigre, Argentina; and

WHEREAS, upon review of the Letter of Request issued by the Family Court Number Two in Tigre, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina captioned *Carolina Moreno Kiernan v. Alfredo Andrés Prillwitz*, Foreign Reference Number 1131/2022, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that James B. Gatehouse, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo for transmission to the Office of International Judicial

Assistance, United States Department of Justice, for transmission to the Family Court Number Two in Tigre, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina, captioned *Carolina Moreno Kiernan v. Alfredo Andrés Prillwitz*, Foreign Reference Number 1131/2022, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, NC with a copy of this Order and the accompanying documents.

**SO ORDERED**.    Signed: August 30, 2023

Susan C. Rodriguez
United States Magistrate Judge